# IN THE UNITED STATES DISTRICT COURT OF MIDDLE TENNESSEE

Ronald Satish Emrit,
Plaintiff

v.

The Grammy Awards d/b/a The Recording Academy/NARAS,
Defendant

C.A. No: _____

RECEIVED
AUG 08 2023
U.S. District Court
Middle District of TN

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit who is filing this complaint against the sole defendant "The Grammy Awards" seeking $45,000,000 (45 million dollars) as punitive, compensatory, and treble damages. In bringing forth this complaint the plaintiff states, avers, and alleges the following:

## (I.) NATURE OF THE CASE

1.) Kanye West is a "sick man" who has been honored by Grammy Awards (anti-semitic)

2.) Robert Kelly a/k/a "R. Kelly" is a "sick man" who has been honored by the Grammys Awards.

3.) Harvey Weinstein is a "sick man" who has probably a "friend of Grammys"

4.) The founder of hip hop Afrika Bambaataa is also a "sick man" according to Ronald "Bee Sting."

5.) Russell Simmons is a "sick man" who is a fugitive in Bali, Indonesia

II.) PARTIES TO THIS LITIGATION

6.) Ronald Satish Emrit is the plaintiff at the following address: 5108 Cornelius Prospect Drive, Bowie, Maryland 20720.

2

7.) The defendant "The Grammy Awards" has 12 chapters nationwide with the following numbers:
  a.) (202) 662-1341 (Washington, DC)
  b.) (215) 985-5411 (Philadelphia, PA)
  c.) (212) 245-5440 (New York)
  d.) (305) 672-4060 (Miami, Florida)
  e.) (512) 328-7997 (Austin, Texas)
  f.) (615) 327-8030 (Nashville, TN)
  g.) (901) 525-1340 (Memphis, TN)
  h.) (312) 786-1121 (Chicago, IL)
  i.) (206) 834-1000 (Seattle, WA)
  j.) (415) 749-0779 (San Francisco, CA)
  k.) (310) 392-3777 (Los Angeles, CA)
  l.) (404) 816-1380 (Atlanta, Georgia)

## III.) JURISDICTION AND VENUE

8.) There is both diversity of jurisdiction and a federal question presented by

the invocation of Civil Rights Act of 1964

9.) Given the sensitive nature of racism claim by the plaintiff, this case should be presided over by one of the following judges, perhaps in a consolidated case pursuant to Rule 42 of Federal Rules of Civil Procedure (FRCP):

  a.) Judge Roy Percy of Mississippi
  b.) Judge Carl Barbier of New Orleans
  c.) Judge Donna Phillips Currault of New Orleans
  d.) Magistrate Judge Shiva Hodges of South Carolina
  e.) Judge Aleta Trauger of Nashville
  f.) Judge Waverly Crenshaw of Nashville

## IV.) STATEMENT OF FACTS

10.) Back in the year 2010, Robert Accatting i.e. a racist Latino man in the Los Angeles office of The Grammy Awards ended the plaintiff's membership.

(4)

11.) More recently, the plaintiff tried to rejoin the Grammy Awards explaining that he would like to bring his Ukranian fiance to the Grammy Awards as she is currently a refugee in Poland worried about human trafficking issues.

12.) The number on Whatsapp for Maria Cherniavska is +380994339671 which has been uploaded in PACER and CM/ECF as Page 5 of an in forma pauperis application submitted pursuant to 28 U.S.C. Section 1915.

13.) The plaintiff also explained to The Grammy Awards that he is recognized by the Federal Election Commission (FEC) as being a presidential candidate from 2016 and 2020 and recognized by office of Florida Secretary of State Ken Detzner from 2015.

(5

14) The plaintiff and his Political Action Committee (PAC) "United Emmts of America" has the following identification numbers with the Federal Election Commission:

1.) P60005535
2.) C00569897

V.) <u>COUNT ONE: VIOLATION OF THE CIVIL RIGHTS ACT OF 1964</u>

15) Like the Denny's lawsuit plaintiffs, James Byrd, and Emmett Till, the plaintiff has experienced racism and white supremacy from The Grammy Awards and in particular from Robert Ac catino, a racist Latino man from Los Angeles Grammys membership office who should "go back to Mexico amigo" if he cannot accept African-Americans in the music business.

6

# VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is requesting punitive, compensatory, and treble damages in the amount of $45,000,000 ($45 million dollars) for the defendant's violation of the Civil Rights Act of 1964. In establishing this "PRAYER FOR RELIEF" the plaintiff states, avers, and alleges the following:

A.) Punitive, compensatory, and treble damages could also include the intentional infliction of emotional distress (IIED) given the "extreme and outrageous conduct" of Robert Accating i.e., a racist Latino man who should "go back" to Mexico" in the plaintiff's opinion.

B.) The damages in the amount of $45,000,000 could also be considered to be expectation, reliance, restitution, incidental,

7

Consequential, or liquidated damages pursuant to the common law of contracts (but not Uniform Commercial Code (UCC) Article 2 for the sale of fungible goods in excess of $500.

C.) The Restatement (Second) of Contracts would be applicable in addition to black-letter law of Civil Rights Act of 1964 designed to protect discrete and insular minorities as suspect classification.

D) The Restatement (Third) of Torts would also be applicable notwithstanding the "Gist of the Action Doctrine."

Respectfully submitted,

*Ronald Satish Emrit*

Ronald Satish Emrit
5108 Cornelius Prospect Drive
Bowie Maryland 20720
(703) 936-3043
email: kaivalya2@hotmail.com

8

# CIVIL COVER SHEET

JS 44 (Rev. 04/21)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ronald Satish Emrit

**(b)** County of Residence of First Listed Plaintiff: Prince Georges
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*:
Ronald Satish Emrit
6655 38th Lane East (703)936-3043
Sarasota, FL 34243

## DEFENDANTS
The Grammy Awards

County of Residence of First Listed Defendant: Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*: Olympic Boulevard, Santa Monica, California

## II. BASIS OF JURISDICTION
- [X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of Another State: PTF [X] 2
- Incorporated and Principal Place of Business In Another State: DEF [X] 5

## IV. NATURE OF SUIT
- [X] 440 Other Civil Rights

## V. ORIGIN
- [X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Civil Rights Act of 1964 (Title VII)
Brief description of cause: Racial Discrimination from Grammy's Regarding Membership

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 875,000,000
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY
JUDGE: Sam Sparks
DOCKET NUMBER: West Texas

DATE: August 4th, 2023
SIGNATURE OF ATTORNEY OF RECORD: Ronald Satish Emrit (pro se)

